UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:15-CR-2-3H(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | D.E. 375 |
| | ) | |
| JAMES CALVIN QUINN, JR. | ) | |

For good cause shown, the Defendant's motion to seal Docket Entry 375 is hereby **GRANTED**.

Accordingly, Docket Entry 375 is ordered sealed.

This the 5th day of January, 2017.

MALCOLM J. HOWARD
Senior United States District Judge